60,904-02

Abel Acosta, Clerk of the Court
Court of Criminal Appeals of Texas
P.O.Box 12308 Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 30 2014

Abel Acosta, Clerk

16 December 2014

RE: EX PARTE HOWARD L. PURSLEY
    Tr.Ct.No. D010501BR  WR-60904-02

Greetings,

I am writing to the Court requesting to recieve copies of my above styled
Writ of Habeas Corpus, the State Attorney's Response and the Trial Court's
response. I was not provided with copies when I wrote the District Clerk and
requested copies.

I am indigent and have been since my arrest in September 2001. There are
several facts I made in my original petition that the Trial Court failed to
repond to that are crucial to my appeal and I wish to see exactly how the Court
responded when they wrote the Honorable Court of Criminal Appeals.

I do know that Judge Buddie J. Hahn of Orange County told the Court of Appeals
that I plead to the minimum of 25years and that by law the Prosecutor could not
negotiate below the minimum of 25 years in TDCJ. But a copy of my Plea Bargain
and Sentencing paper the Court sent me in August 2014, 12 years after my date
in court shows that I pled to a range of 5 to 99 years and was never indicted
or charged as a Habitual Offender as the Trial Court indicates to the Honorable
Court of Criminal Appeals.

Now my next step is to proceed in U.S.DIstrict Court and I need copies of my
Application of Writ of Habeas Corpus Art. 11.07 and the Trial Court officers'
responses so that I can do a proper Petition for Writ of Habeas Corpus in the
Federal Court.

Your time and consideration on this matter is greatly apprciated.

Respectfully,

Howard L. Pursley #1098494
Gib Lewis Unit Super Segregation
777 F.M. 3497    HSK 103
Woodville, Texas 75990